PROB 12C
(7/93)

# United States District Court
## for
## District of New Jersey
## Petition for Warrant or Summons for Offender Under Supervision

Name of Offender: Fady Khella                                    Cr.: 06-00601-002

Name of Sentencing Judicial Officer: The Honorable Faith S. Hochberg

Date of Original Sentence: 01/17/06

Original Offense: Possession with Intent to Distribute MDMA

Original Sentence: Time Served; Supervised Release 3 years; Fine $2,000; Special Conditions: Community Confinement 5 months; DNA Collection; Drug Treatment or Urinalysis; Financial Disclosure; Home Confinement 5 months; No New Debt.

Type of Supervision: Supervised Release                Date Supervision Commenced: 01/17/06

Assistant U.S. Attorney: Marc Larkins                  Defense Attorney: Paul W. Bergrin

## PETITIONING THE COURT

[ ] To issue a warrant
[X] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:

Violation Number | Nature of Noncompliance

1 | The offender has violated the supervision condition which states '**The defendant shall reside for a period of 5 months in a community corrections center, halfway house or similar residential facility and shall observe all the rules of that facility. The defendant shall not be eligible for weekend privileges. The defendant shall pay subsistence as required by the program.**'

The offender began the Kintock Community Corrections Center (CCC) in Newark, New Jersey, on March 29, 2006. On May 2, 2006, he was terminated from the program due to positive drug test results for marijuana.

PROB 12C - Page 2
FADY KHELLA

2      The offender has violated the supervision condition which states '**You shall refrain from excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any narcotic or other controlled substance, or any paraphernalia related to such substances, except as prescribed by a physician.**'

Upon arrival at the Kintock CCC on March 29, 2006, a drug test was administered to the offender which yielded a positive result for marijuana. The offender was given a period of 30 days to void a negative urine. The offender submitted four more positive urine tests on April 11, April 21, April 22, and April 30, 2006. The last urine test was administered 31 days after the first positive result was received on March 29, 2006. The offender reported to the probation office on May 9, 2006, at which time a urinalysis examination also yielded positive test results for marijauna.

I declare under penalty of perjury that the foregoing is true and correct.

By: Cayetano R. Castellano
U.S. Probation Officer
Date: 05/09/06

THE COURT ORDERS:

[X] The Issuance of a Summons. Date of Hearing: 10/5/06 11:00 AM
[ ] The Issuance of a Warrant
[ ] No Action
[ ] Other

Signature of Judicial Officer

9/18/06
Date